UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
EMI APRIL MUSIC INC., YELAPA SONGS,          Civil Action
UNIVERSAL-POLYGRAM INTERNATIONAL          :  No. 1:-09-cv-432
PUBLISHING, INC., SONY/ATV HARMONY,
BYEFALL PRODUCTIONS INC., GWEN               :
STEFANI D/B/A HARAJUKU LOVER MUSIC,
WORD MUSIC, LLC, SONG OF CASH MUSIC          :
AND WAYNE GOODINE MUSIC,
                                                             **COMPLAINT**
                                                                :
                            Plaintiffs,
                                                                :
      -against-
                                                                :
ESTUARDO VALDEMAR RODRIGUEZ AND
LEONOR RODRIGUEZ,                            :

                            Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


       Plaintiffs, complaining of the Defendants, by CARRUTHERS & ROTH, P.A.,

their attorneys, allege:

       1.     This is a suit for copyright infringement under Title 17, U.S.C.

Jurisdiction of this Court is based upon Title 28, U.S.C., Section 1338(a).

       2.     Plaintiffs allege six (6) causes of action for copyright infringement based

on the Defendants' public performances of copyrighted musical compositions.  SCHEDULE A

annexed to the Complaint sets forth in summary form the allegations hereinafter made with respect

to the Plaintiffs, their copyrighted musical compositions, and Defendants' acts of infringement.

       3.     Plaintiffs named in Column 2 (all references to columns are to columns

in SCHEDULE A) are the owners of the copyrights in the works listed in Column 3, and are pro-

perly joined in this complaint under Rule 20, Fed. R. Civ. P.

4. Defendants Estuardo Valdemar Rodriguez and Leonor Rodriguez at all times pertinent, were and still are engaged in the business of operating two commercial radio stations, one located in Chapel Hill, North Carolina, known by the call letters WLLQ and the other, WLLY, located in Wilson, North Carolina, under licenses granted by the Federal Communications Commission. Defendants share joint responsibility for the control, management, operation and maintenance of their affairs. The acts complained of were done under their direction and supervision and with their active approval and assistance, and they derive financial benefit therefrom.

5. Said broadcasting stations are and have been operated for commercial purposes.

6. In connection with the operation of said broadcasting stations and as part of the programs regularly broadcast therefrom, musical compositions were and are publicly performed.

7. The original musical compositions listed in Column 3 were created and written by the persons named in Column 4.

8. Each composition was published on the date stated in Column 5, and since the date of publication has been printed and published in strict conformity with Title 17, U.S.C.

9. The Plaintiffs, named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17, U.S.C., and secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3, and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6.

10. The compositions for which there are entries in Columns 7 and 8 are now

in the renewal term of copyright, secured by due filing of an application for renewal of copyright in the office of the Register of Copyrights. The Register of Copyrights thereupon issued Certificates of Registration of the respective claims to the renewal of copyrights in the names of those claimants listed in Column 7. The dates and identification numbers of such certificates are set forth in Column 8.

11. Defendants on the dates specified in Column 9, and, upon information and belief, at other times prior and subsequent thereto, willfully infringed the copyright in each composition named in Column 3, causes of action 1 through 3, by giving public performances of the compositions as part of the programs broadcast by radio station WLLQ, and Defendants threaten to continue such infringing performances.

12. Defendants on the date specified in Column 9, and, upon information and belief, at other times prior and subsequent thereto, willfully infringed the copyright in each composition named in Column 3, causes of action 4 through 6, by giving public performances of the compositions as part of the programs broadcast by radio station WLLY, and Defendants threaten to continue such infringing performances.

13. The performances of the Plaintiffs' copyrighted musical compositions on the dates specified in Column 9 broadcast over Defendants' radio stations were unauthorized: neither Defendants, nor any of the Defendants' agents, servants or employees, nor any performer was licensed by, or otherwise received permission from any Plaintiff or any agent, servant or employee or any Plaintiff to give such performances.

14. In undertaking the conduct complained of in this action, Defendants knowingly and intentionally violated Plaintiffs' rights. Defendants' knowledge and intent are established by the following facts:

(a)  For periods prior to June 22, 2007, Defendants were treated as licensed by the American Society of Composers, Authors and Publishers (ASCAP), the performing rights licensing organization of which all Plaintiffs are members.  That _de facto_ license arrangement authorized public performance of any or all of the hundreds of thousands of copyrighted musical compositions in the ASCAP repertory by broadcast over radio stations WLLQ and WLLY, provided that Defendants complied with the reporting and payment provisions of ASCAP's license agreement for commercial radio stations.

(b)  Defendants, however, failed to pay license fees to ASCAP as required by their _de facto_ licenses, and as a result, on June 22, 2007, ASCAP duly terminated those _de facto_ licenses.

(c)  Despite repeated reminders of their liability under the United States Copyright Law, Defendants have continued to perform copyrighted music without permission during the hours that Defendants' radio stations are on the air.  The many unauthorized performances broadcast over radio stations WLLQ and WLLY include performances of the copyrighted musical compositions upon which this action is based.

15.  At the times of the acts of infringement complained of, the Plaintiff named in each cause of action was the owner of the copyright in the composition therein named.

16.  The said wrongful acts of the Defendants have caused and are causing great injury to the Plaintiffs, which damage cannot be accurately computed, and unless this Court restrains the Defendants from the further commission of said acts, said Plaintiffs will suffer irreparable injury, for all of which the said Plaintiffs are without any adequate remedy at law.

WHEREFORE, Plaintiffs pray:

I. That Defendants and all persons acting under the direction, control, permission or authority of Defendants be enjoined and restrained permanently from publicly performing the aforementioned compositions or any of them and from causing or permitting the said compositions to be publicly performed by said stations, or in any place owned, controlled or conducted by Defendants and from aiding or abetting the public performance of such compositions in any such place or otherwise.

II. That Defendants be decreed to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(2), namely, not more than One Hundred Fifty Thousand Dollars ($150,000) nor less than Seven Hundred Fifty Dollars ($750) in each cause of action herein.

III. That Defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs.

IV. For such other and further relief as may be just and equitable.

/s/ Michael J. Allen
Michael J. Allen
N.C. State Bar No. 18030

OF COUNSEL:

CARRUTHERS & ROTH, P.A.
P. O. Box 540
Greensboro, NC 27401
Telephone: (336) 379-8651
Fax: (336) 273-7885