UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA


EMI APRIL MUSIC INC., YELAPA SONGS,     )    Civil Action
UNIVERSAL-POLYGRAM INTERNATIONAL     )    No. 1:09-cv-432
PUBLISHING, INC., SONY/ATV HARMONY,     )
BYEFALL PRODUCTIONS INC., GWEN     )
STEFANI D/B/A HARAJUKU LOVER MUSIC,     )
WORD MUSIC, LLC, SONG OF CASH MUSIC     )
AND WAYNE GOODINE MUSIC,     )
    )    **AFFIDAVIT OF SERVICE**
    )    **OF PROCESS ON**
    Plaintiffs,    )    **ESTUARDO VALDEMAR**
    )    **RODRIGUEZ**
    -against-    )
    )
ESTUARDO VALDEMAR RODRIGUEZ AND     )
LEONOR RODRIGUEZ,     )
    )
    Defendants.

After first being duly sworn, ____Thomas Parks____ deposes and says:

1. I, ____Thomas Parks____, certify that I am qualified to make service according to Rule 4 of the North Carolina Rules of Civil Procedure. I am not a party to this action and am not less than 21 years of age.

2. The Civil Summons, Complaint and Disclosure of Corporate Affiliations and Other Entities With a Direct Financial Interest in Litigation were received in this office on the 19th day of ____June____, 2009, and were served on the defendant ESTUARDO VALDEMAR RODRIGUEZ:

Copies of the Civil Summons, Complaint and Disclosures of Corporate Affiliations and Other Entities With a Direct Financial Interest in Litigation were served at

approximately 9:30 a .m. on the 22nd day of June, 2009, upon  Estuardo        located at
Valdemar Rodriguez

4515 Pinecrest Heights Dr, by leaving copies of the Civil Summons, Complaint and
Annandale, Virginia 22003

Disclosure of Corporate Affiliations and Other Entities With a Direct Financial Interest in

Litigation with Cila Veliz, cousin-in-law , whom I understand is an officer, director,
& housemate

managing agent, or is otherwise authorized to accept service on behalf of said defendant and

of suitable age and discretion.

   This the 22nd day of June, 2009.

         CAPITOL PROCESS SERVICES, INC.

       By: _____
         Thomas Parks
         Title: Private Process Server

STATE OF District of Columbia

COUNTY OF Washington

   SIGNED and SWORN TO before me this day by  Thomas Parks    .

Date:  June 23, 2009    _____
         Notary Public
         Printed Name: _____

[Official Seal]
         Nicole G. Davis
         Notary Public, District of Columbia
         My Commission Expires 1/31/2014
        My Commission Expires: _____

2