UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

EMI APRIL MUSIC INC., YELAPA SONGS, ) Civil Action
UNIVERSAL-POLYGRAM INTERNATIONAL ) No. 1:09-cv-432
PUBLISHING, INC., SONY/ATV HARMONY, )
BYEFALL PRODUCTIONS INC., GWEN )
STEFANI D/B/A HARAJUKU LOVER MUSIC, )
WORD MUSIC, LLC, SONG OF CASH MUSIC )
AND WAYNE GOODINE MUSIC, )
) **AFFIDAVIT OF SERVICE**
) **OF PROCESS ON**
                               Plaintiffs,    ) **LEONOR RODRIGUEZ**
)
   -against-                                  )
)
ESTUARDO VALDEMAR RODRIGUEZ AND               )
LEONOR RODRIGUEZ,                             )
)
                               Defendants.

After first being duly sworn, __Thomas Parks_____ deposes and says:

1.   I,___Thomas Parks_____, certify that I am qualified to make service according to Rule 4 of the North Carolina Rules of Civil Procedure.  I am not a party to this action and am not less than 21 years of age.

2.   The Civil Summons, Complaint and Disclosure of Corporate Affiliations and Other Entities With a Direct Financial Interest in Litigation were received in this office on the 19th day of ___June_____, 2009,  and were served on the defendant LEONOR RODRIGUEZ:

Copies of the Civil Summons, Complaint and Disclosures of Corporate Affiliations and Other Entities With a Direct Financial Interest in Litigation were served at

3

approximately _9:30_ a.m. on the _22nd_ day of June, 2009, upon _Leonor Rodriguez_ located at

_4515 Pinecrest Heights Dr,_ by leaving copies of the Civil Summons, Complaint and
_Annandale, Virginia 22003_

Disclosure of Corporate Affiliations and Other Entities With a Direct Financial Interest in

Litigation with _Cila Veliz, cousin & housemate_, whom I understand is an officer, director,

managing agent, or is otherwise authorized to accept service on behalf of said defendant and

of suitable age and discretion.

This the _22nd_ day of June, 2009.

CAPITOL PROCESS SERVICES, INC.

By: _____
Thomas Parks
Title: _Private Process Server_


STATE OF _District of Columbia_

COUNTY OF _Washington_


SIGNED and SWORN TO before me this day by _Thomas Parks_.

Date: _June 23, 2009_

_____
Notary Public
Printed Name: _____

Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 1/31/2014

[Official Seal]

My Commission Expires: _____

4